FILED: 2/14/2013

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Wilma Castellanos* | CASE NO. ED CV 12-812-GHK (OPx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *City of Riverside* | |
| Defendant. | |

Pursuant to the Court's February 14, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Wilma Castellanos's claim against Defendant City of Riverside is **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

DATED: February 14, 2013

_____
GEORGE H. KING
Chief United States District Judge